JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELO GONDIM,<br><br>Plaintiff,<br><br>v.<br><br>MARCO RUBIO, Secretary, U.S. Dept. of State, et al.,<br><br>Defendants. | No. 2:25-cv-11057-JFW-MAAx<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Honorable John F. Walter<br>United States District Judge |

IT IS ORDERED that, pursuant to the separately filed Stipulation for Dismissal, this action is hereby dismissed with prejudice. Each party to bear its own costs, fees, and expenses.

Dated: March 2, 2026

Hon. John F. Walter
U.S. District Court Judge

1